UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**IN ADMIRALTY**

In the Matter of the Complaint of:
BUTLER MARINE, LLC. as Owner
of the Unnamed 2004 12' KAWASAKI
WAVERUNNER Bearing Hull                    Case No. 3:07-cv-898-J-32HTS
Identification Number KAW60328J304
in a Cause of Exoneration from or
Limitation of Liability,

     Petitioner.

**O R D E R**

A Complaint for Exoneration from or Limitation of Liability (Doc. #1; Complaint) having been filed herein on September 20, 2007, by the above-named Petitioner, as owner of the 2004 12' Kawasaki Waverunner bearing hull identification number KAW60328J304, for exoneration from or limitation of liability, pursuant to 46 U.S.C. § 30501, *et seq.*, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure (Supplemental Rule(s)), for any damages or injuries caused by or resulting from an incident involving Merrill Wilson while operating said vessel on the waters near Marsh Harbour, The Bahamas;

And the Complaint having stated that the value of Petitioner's interest in said vessel does not exceed $9,500.00, and Petitioner having stated there is no pending freight;

And Petitioner having deposited with the Court as security for the benefit of claimants a Letter of Undertaking dated September 26, 2007, with surety, not less than equal to the amount or value of its interest in the said vessel in the sum of $9,500.00, with interest at six percent (6%) per annum from its date, executed by ACE American Insurance Company, as surety, *see* Letter of Undertaking, attached to the Notice of Filing Letter of Undertaking (Doc. #4);

The Motion for an Order Approving Letter of Undertaking, Restraining Suits, Setting Monition and Directing Issuance of Notice (Doc. #5) is **GRANTED** and it is **ORDERED**:

1. The above-described Letter of Undertaking, with surety, filed by Petitioner with the Court for the benefit of claimants, in the sum of $9,500.00, with interest as aforesaid, as security for the amount or value of Petitioner's interest in the aforesaid vessel, is hereby approved.

2. The Court, upon motion, shall cause the due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such

increase or reduction if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. § 30501, *et seq.*, as amended.

    3.    A notice shall be issued by the Clerk of the Court to all persons asserting claims with respect to which the Complaint seeks limitation admonishing them to file their respective claims with the Clerk of the Court in writing, and to serve on attorneys for Petitioner a copy thereof on or before December 3, 2007, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability he or she shall file and serve on attorneys for Petitioner an answer to the Complaint on or before the said date, unless his or her claim has included an answer to the Complaint, so designated.

    4.    The aforesaid notice shall be published by Petitioner in an approved newspaper once a week for four successive weeks prior to the date fixed for the filing of claims as provided by Supplemental Rule F and Rule 7.06(a), Local Rules, United States District Court, Middle District of Florida, and copies of the notice shall also be mailed in accordance with Supplemental Rule F. Not later than the day of second publication, Petitioner shall also mail a copy of the notice to every person known to have made any claim against the vessel or Petitioner arising out of the voyage or trip on which the claims sought to be limited arose.

5.   The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against Petitioner, or against the 2004 12' Kawasaki Waverunner bearing hull identification number KAW60328J304 or against any property of Petitioner except in this action, to recover damages for or in respect of any damages or injuries caused by or resulting from the matters alleged in the Complaint, be and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action.

**DONE AND ORDERED** at Jacksonville, Florida, this 23rd day of October, 2007.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record and
    pro se parties, if any